No. 08-6236

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| GARY T. WINNETT, et al., on behalf of themselves and others similarly situated, | ) ) ) | |
| Plaintiffs-Appellees, | ) ) ) | |
| v. | ) ) | O R D E R |
| CATERPILLAR, INC., | ) ) ) | |
| Defendant/Third Party Plaintff-Appellant, | ) ) | |
| INTERNATIONAL UNION, UNITED AUTOMOBILE AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, et al., | ) ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

FILED
Mar 18, 2009
LEONARD GREEN, Clerk

Before: MOORE, GILMAN, and WHITE, Circuit Judges.

In this class action seeking retiree medical benefits under labor contracts, the defendant appeals a preliminary injunction requiring it to provide certain benefits to a sub-class of retirees and moves for a stay of the injunction pending appeal. The plaintiffs oppose the motion for a stay. The district court denied a stay pending appeal on November 20, 2008.

The court balances the traditional factors governing injunctive relief in ruling on a motion for a stay pending appeal. We consider (1) whether the movant has a strong or substantial likelihood of success on the merits; (2) whether the movant will suffer irreparable harm if a stay is not granted; (3) whether a stay will substantially injure other interested parties; and (4) where the public interest lies. *See Grutter v. Bollinger*, 247 F.3d 631, 632 (6th Cir .2001) (order); *Mich. Coal. of Radioactive Material Users, Inc. v. Griepentrog*, 945 F.2d 150, 153 (6th Cir. 1991). The movant "must

No. 08-6236
- 2 -

demonstrate a likelihood of success on the merits to a degree inversely proportional to the amount of irreparable harm that will be suffered if a stay does not issue." *Family Trust Found. of Ky., Inc. v. Ky. Judicial Conduct Comm'n*, 388 F.3d 224, 227 (6th Cir. 2004) (order).

The defendant has not demonstrated that it will suffer any irreparable harm if the preliminary injunction is not stayed, and the balance of the equities favors the members of the sub-class. Moreover, the defendant had not demonstrated a sufficiently strong likelihood of success on the merits to support a stay pending appeal.

The motion for a stay of the preliminary injunction pending appeal is **DENIED**. The clerk is directed to expedite the appeal for submission to the court.

ENTERED BY ORDER OF THE COURT

Leonard Green
Clerk